```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
                 SOUTHERN DIVISION at LONDON
```

| | |
|---|---|
| JOHN EDWARD WHITE, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>BUREAU OF PRISONS, ET AL., )<br>)<br>    Respondents. ) | Civil No.<br>6:20-cv-237-JMH<br><br>**MEMORANDUM OPINION<br>AND ORDER** |

*** *** *** ***

John Edward White is an inmate at the United States Penitentiary - McCreary in Pine Knot, Kentucky. Proceeding without an attorney, White filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [DE 1]. At bottom, White claims that the Bureau of Prisons (BOP) is improperly calculating his release date. Specifically, White suggests that the BOP erroneously failed to provide him credit against his federal sentence for certain time he spent in custody from 2005 – 2007. Thus, White asks this Court to make the correction and order his immediate release. [*See id.* at 6-9].

White's petition, however, is unavailing. Notably, White has already repeatedly raised his sentence-calculation claim in his underlying criminal case, albeit to no avail. *See United States v. John Edward White*, No. 2:05-cr-132-WHA (N.D. Ala. 2005). Indeed, back in 2013, White filed a similar *pro se* motion for credit against his federal sentence. The trial court, however, denied

White's motion, pointing out that he already received credit for the time period at issue from the Alabama Department of Corrections and, thus, pursuant to 18 U.S.C. § 3585(b), he was not entitled to any further credit. *See id.* at DE 84. White then filed similar motions, but the trial court denied those as well. *See id.* at DEs 100, 103. Finally, as recently as last year, the trial court discussed the relevant time period and once again explained that White was "owed no jail credit under § 3585(b)." *Id.* at DE 163 at 3.

In the end, the Court has fully reviewed White's petition. However, White has not demonstrated in any clear way that the trial court's decisions were erroneous or that he is otherwise entitled to habeas relief from this Court.

Accordingly, it is **ORDERED** that:

(1) White's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [DE 1] is **DENIED**;

(2) This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

(3) The Court will enter a corresponding Judgment.

This 7th day of December, 2020.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

2